No. 1414, Misc. ASHLEY *v.* CALIFORNIA. The application for a stay having been presented to MR. JUSTICE DOUGLAS was presented by him to the Court and denied by the Court. Petition for writ of certiorari to the Supreme Court of California denied.

No. 1265, Misc. MOSS ET AL. *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Dismissed pursuant to Rule 60 of the Rules of this Court. *Sidney Szerlip* for petitioners.

JUNE 17, 1963.

No. ——. OPPENHEIMER *v.* CALIFORNIA. The motion for the appointment of counsel is denied.

No. 8, ORIGINAL. ARIZONA *v.* CALIFORNIA ET AL., 373 U. S. 546. The motion of the State of California for an extension of time to file a petition for rehearing is granted and the time is extended to September 16, 1963. It is ordered that the time for the submission of a proposed decree fixed by the opinion of this Court of June 3, 1963, be extended for a period of thirty days thereafter or following the action of the Court on any petition for rehearing submitted by the State of California. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and order.

No. 415, Misc. PETERSON *v.* ALLEN CIRCUIT COURT ET AL., 372 U. S. 596. The motion to reopen is denied.